STATE of Missouri, Respondent,

v.

Damien Jamal DAVIS, Appellant.

No. WD 73146.

Missouri Court of Appeals,
Western District.

April 17, 2012.

Rosalynn Koch, Columbia, MO, for Appellant.

John Grantham, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., VICTOR C. HOWARD, and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM:

Damien Jamal Davis appeals from a judgment entered upon a jury verdict convicting him of first-degree assault, armed criminal action, and attempted first-degree robbery. We affirm. Rule 30.25.

John SUMMERS, Appellant,

v.

CITY OF KANSAS CITY,
et al., Respondent.

No. WD 73440.

Missouri Court of Appeals,
Western District.

April 17, 2012.

David A. Lunceford, Lee's Summit, MO, for appellant.

Saskia C.M. Jacobse, Kansas City, MO, for respondent.

Before: ALOK AHUJA, P.J., and THOMAS H. NEWTON and JAMES E. WELSH, JJ.

### ORDER

PER CURIAM:

John Summers sued the City of Kansas City for wrongful discharge from employment, and for alleged violations of the Missouri Human Rights Act, §§ 213.010 to 213.137, RSMo. The circuit court dismissed the statutory counts as time-barred, and granted summary judgment on the common-law wrongful discharge claim on the basis of sovereign immunity. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).